UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON MORFIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. PEREZ, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2343 MCE CKD P<br><br><br>ORDER |

On December 13, 2018 defendant Perez filed a motion for summary judgment. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 16, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
morf2343.46