UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON MORFIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>G. PEREZ, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-2343 MCE CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

On January 16, 2019, the court directed plaintiff to file a response to defendant Perez's pending motion for summary judgment within 30 days. Plaintiff was warned that failure to file a response within 30 days would result in a recommendation that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff has not filed a response to the pending motion for summary judgment.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the

objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 4, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
morf2343.frs

2